UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

PEGGY SUE PETERSON,  a/k/a
PEGGY SUE SHAW,

     Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

     Defendant.

No.  2:14-CV-0102-JPH

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

   This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that:

   Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

   DATED:  October 30, 2015

       SEAN F. McAVOY
       Clerk of Court

       By: _s/Melissa Orosco_
        Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**